PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.

Crim. No. **2:08-CR-236-PMP-PAL**

**JASON WIELAND**

On January 20, 2009 the above named was placed on probation for a period of 3 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from probation.

Respectfully submitted,

*[signature]*

MICHELLE L. CRAVOTTA
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this __ 2nd day of March, 2011.

*[signature]*

PHILIP M. PRO
United States District Judge